IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **INTERNET MEDIA INTERACTIVE CORP.,**<br><br>                   **Plaintiff,**<br><br>    v.<br><br>**THE BOEING COMPANY,**<br><br>                   **Defendant.** | Case No.: 1:18-cv-04579<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL OF DEFENDANT WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Internet Media Interactive Corporation hereby dismisses all claims in this action WITH PREJUDICE as to Defendant, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 31, 2018

                                        Respectfully submitted,

                                        */s/Timothy J. Haller*
                                        Timothy J. Haller
                                        HALLER LAW PLLC
                                        The Monadnock Building
                                        53 West Jackson Boulevard, Suite 1623
                                        Chicago, IL 60604
                                        Phone: (630) 336-4283
                                        haller@haller-iplaw.com

                                        ***Attorneys for Plaintiff, Internet Media Interactive Corporation***